UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
-ELECTRONICALLY FILED-

| | |
|---|---|
| CAROLYN B. MCFARLAND, By and Through, KAREN COOPER, AS COURT-APPOINTED GUARDIAN,<br><br>Plaintiff.<br><br>v.<br><br>CHRISTOPHER EAST HEALTH CARE CENTER OF LOUISVILLE KY, LLC d/b/a HEARTLAND OF LOUISVILLE; LAVONDA GREENE, LPN AND ASHLEY SHOCKLEY, LPN.<br><br>Defendants. | Civil Action No. 3-13-cv-878-H |

## NOTICE OF REMOVAL

Defendants, Christopher East Health Care Center of Louisville KY, LLC d/b/a Heartland of Louisville and Ashley Shockley, LPN ("Defendants"), by their undersigned counsel, and with reservation of all defenses, hereby removes the above-captioned action from the Jefferson Circuit Court, Division Thirteen, Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and respectfully states:

1.  On or about August 8, 2013, Plaintiff, Carolyn B. McFarland, by and through, Karen Cooper, as Court-Appointed Guardian filed this civil action against Christopher East Health Care Center of Louisville Ky, LLC d/b/a Heartland of Louisville, Ashley Shockley, LPN, and Lavonda Greene, LPN in the Commonwealth of Kentucky, Jefferson Circuit Court, Division Thirteen, Case No. 13-CI-04019.

2. This action concerns claims of nursing negligence involving Carolyn B. McFarland. Plaintiff's Complaint alleges that Ms. McFarland's injuries were caused by the alleged negligence of the Defendants.

3. As more fully set out below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendants have satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

### I. DEFENDANT HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.

4. This Notice of Removal is being filed within 30 days of on which Defendant, Christopher East Health Care Center of Louisville Ky, LLC d/b/a Heartland of Louisville received a copy of the Complaint through service. Therefore, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

5. Defendant Shockley joins in this Removal, as serviced was effected first upon this Defendant.

6. Defendant Greene has not been served and thus is not a party to this lawsuit.

7. The Jefferson Circuit Court is located within the Western District of Kentucky, Louisville Division, and therefore this civil action is properly removed to this Court pursuant to 28 U.S.C. § 97(b) because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a); *see also* LR 3.

8. Defendants filed a Motion to Dismiss with the Jefferson Circuit Court based on Plaintiff's failure to adhere to the Kentucky Statute of Limitations on September 9, 2013, is attached hereto as Exhibit A. This Motion has not been set for adjudication by the Jefferson Circuit Court, nor has Plaintiff filed any response in opposition as of the time of this filing.

9. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders

served upon Defendants Christopher East Health Care Center of Louisville Ky, LLC d/b/a Heartland of Louisville and Ashley Shockley, LPN which papers include the summons and complaint received, is attached as Exhibit B.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for the Plaintiff, and a copy is being filed with the Clerk of the Jefferson Circuit Court, attached as Exhibit C.

## II.     REMOVAL IS PROPER IN THIS CASE.

10.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action in which there is complete diversity among all of the parties, and the amount in controversy exceeds the sum of $75,000 exclusive of costs and interest.

### A.     Complete Diversity Of Citizenship.

11.     There is complete diversity among the Plaintiff, Carolyn B. McFarland, by and through, Karen Cooper, as Court-Appointed Guardian and Defendants Christopher East Health Care Center of Louisville Ky, LLC d/b/a Heartland of Louisville and Ashley Shockley, LPN.

12.     Upon information and belief, the Plaintiff is a citizen of the Commonwealth of Kentucky.  The named Plaintiff is Karen Cooper, as Court-Appointed Guardian.  Ms. Cooper, a resident of Kentucky, is the legal representative of the former resident, Carolyn B. McFarland. The Commonwealth of Kentucky, Jefferson Guardianship – District Court appointed Ms. Cooper as Guardian on January 22, 2013. (Compl. ¶ 1.)  This Order is attached to the Complaint. (Compl. ¶ 1.)  Therefore the citizenship of the Estate of Carolyn B. McFarland for diversity purposes is, and was at the time this action was filed, the Commonwealth of Kentucky.  *See* 28 U.S.C. § 1332(c)(2).  Upon information and belief, the Plaintiff, Karen Cooper individually, is, and was at the time this action was filed, a resident and citizen of the Commonwealth of Kentucky.  Karen Cooper is the legal representative of Carolyn B. McFarland., which was at the

time this action was filed, is a resident and citizen of the Commonwealth of Kentucky. (Compl. ¶ 1; *see* Guardianship Appointment attached.) Therefore the citizenship of the Plaintiff for diversity purposes is the Commonwealth of Kentucky. *See* 28 U.S.C. § 1332(c)(2).

13. Christopher East Health Care Center of Louisville Ky, LLC d/b/a Heartland of Louisville, at the time this action was filed, a foreign limited liability company with its state of origin in Delaware and its principal place of business in Toledo, Ohio. The only member of this limited liability company is HCR IV Healthcare, LLC which has its principal place of business in Toledo, Ohio.

For purposes of diversity jurisdiction, the Defendant is therefore a citizen of Delaware and/or Ohio. *See* 28 U.S.C. § 1332(a)(2). It should also be noted that Plaintiff's Complaint in this matter acknowledges that the Defendant is a foreign entity in Paragraph 2, which describes the Defendant as "a foreign company in good standing licensed to do, and doing business within the Commonwealth of Kentucky in Louisville, Jefferson County, Kentucky. (Compl. ¶ 2.)

14. Ashley Shockley, LPN, is a resident of Indiana at the time this action was filed. For purposes of diversity jurisdiction, the Defendant is therefore a citizen of Indiana. *See* 28 U.S.C. § 1332(a)(2).

    **B.**     <u>**The Amount In Controversy Requirement Is Satisfied.**</u>

15. The allegations in Plaintiff's Complaint clearly meet the amount-in-controversy threshold. The Plaintiff alleges Christopher East Health Care Center of Louisville Ky, LLC d/b/a Heartland of Louisville and Ashley Shockley, LPN committed acts of medical negligence, including gross negligence, and that such actions resulted in injuries to Carolyn B. McFarland (Compl. ¶¶ 6-14).

16.     Plaintiff alleges that Carolyn B. McFarland sustained damages as a result of the alleged negligence and gross negligence of the Defendant, including "pain and suffering." (Compl. ¶ 13.)

17.     Based on these allegations, Plaintiff seeks compensatory and punitive damages. (Compl. ¶ 13-14.)

18.     Moreover, Plaintiff seeks punitive damages against the Defendant. (Compl. ¶ 14.) Numerous federal courts have considered and included punitive damages in calculating the amount in controversy for purposes of invoking diversity jurisdiction. *See* Hamm v. Allstate Property & Cas. Ins. Co., 908 F.Supp.2d 656 (W.D. Pa. 2012); Salazar v. Downey, 2012 WL 5389678 (N.D. Texas, 2012).

19.     Given the nature of the alleged injuries, Plaintiff's request for, *inter alia*, damages for alleged pain of suffering of Carolyn B. McFarland and the amount of jury verdicts in similar actions where liability is demonstrated, it is evident that the amount-in-controversy requirement is satisfied for each and every claim brought by the Plaintiff.

20.     If any question arises as to the propriety of the removal of this action, the removing Defendants respectfully requests the opportunity to brief any disputed issues and to present oral argument in support of its position that this case is properly removable.

21.     Pursuant to Federal Rule of Civil Procedure 81(c)(3), Defendants hereby requests a trial by jury in this matter.

WHEREFORE, Defendants, Christopher East Health Care Center of Louisville Ky, LLC d/b/a Heartland of Louisville and Ashley Shockley, LPN, respectfully removes this action Commonwealth of Kentucky, Jefferson Circuit Court, Division Thirteen, Case No. 13-CI-04019, to this Court pursuant to 28 U.S.C. §1441.

Respectfully submitted,

**FROST BROWN TODD, LLC**

*/s/ Edmund J. Benson*
Edmund J. Benson
William J. George
250 West Main Street, Suite 2800
Lexington, Kentucky 40507-1749
Telephone: (859) 231-0000
Facsimile: (859) 231-0011
nbenson@fbtlaw.com
bgeorge@fbtlaw.com
**COUNSEL FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of September, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

I further certify that on the same date a true and correct copy of the foregoing was mailed, first-class mail, postage pre-paid, to the following:

James M. Bolus, Jr.
Michael Augustus
Bolus Law Offices
600 W. Main Street, Suite 500
Louisville, KY 40202
Facsimile: (502) 584-1212
**COUNSEL FOR PLAINTIFF**

*/s/ Edmund J. Benson*
**COUNSEL FOR DEFENDANT**

LEXLibrary 0125211.0598465  582202v1